IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES LESTER FORSIDE**                                            **PLAINTIFF**

V.                                    **CIVIL ACTION NO.: 1:16CV27-GHD-DAS**

**MARK G. WILLIAMSON, ET AL.**                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, this action is

**DISMISSED WITH PREJUDICE** as legally frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). This

dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED** this the 23rd day of February, 2016.

_____
**SENIOR U.S. DISTRICT JUDGE**